DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARQUITA FENN,**
Appellant,

v.

**MARISSA MARTIN,**
Appellee.

No. 4D2025-0719

[September 3, 2025]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Anastasia M. Norman, Judge; L.T. Case No. 562023DR001319.

Marquita Fenn, Fort Pierce, pro se.

Marissa Martin, Port St. Lucie, pro se.

PER CURIAM.

*Affirmed. Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***